**Lawrence "D" Pew (024507)**
**Brandy Aguero (033723)**
**PEW LAW CENTER, PLLC**
1811 S. Alma School Rd., Suite 260
Mesa, Arizona 85210
Tel: (480) 269-9545
Fax: (480) 452-1142
Email: legal1@pewlaw.com
Attorneys for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| Mary C Orwig | Case No: 4:18-bk-01604-SHG |
| Debtor. | **MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENT AND FORMS** |

COMES NOW the Debtor, by and through counsel undersigned, and hereby apply to this Honorable Court for an Order granting the Debtor's counsel additional time until March 21st, 2018 to file all required Statements, Schedules, and Forms and state as follows:

1. The case was filed on February 21st, 2018.

2. The 11 U.S.C. §341(a) Meeting of Creditors is scheduled for April 6th, 2018.

3. As a result of a variety of factors, Debtor's counsel will not be able to properly prepare and file all required Schedules, Statements and Forms within the 14 days normally required.

4. Debtor's counsel believes that all required documents can be prepared and filed with the Court no later than March 21st, 2018.

Dated: <u>March 7, 2018</u>　　　　　　　　　　**PEW LAW CENTER, PLLC**

　　　　　　　　　　　　　　　　　　　　By: <u>　/s/ LDP (024507)　</u>
　　　　　　　　　　　　　　　　　　　　Lawrence D Pew
　　　　　　　　　　　　　　　　　　　　Attorney for Debtor

1

| | |
|---|---|
| 1 | |
| 2 | Copy of the foregoing mailed, emailed, or notified via ECF March 7, 2018 to the parties listed below: |
| 3 | Office of the U.S. Trustee |
| 4 | 230 N. 1st Ave. Ste. #204<br>Phoenix, AZ 85003 |
| 5 | DIANNE C. KERNS |
| 6 | 7320 N. LA CHOLLA #154 PMB 413<br>TUCSON, AZ 85741-2305 |